FILED
DEC 0 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBARAN-LEON,<br><br>Defendant. | CASE NO. 07CR02563-001-GT<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for December 12, 2007, is vacated and reset to January 28, 2008, at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 12/3/07

_____
Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/km