UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>LUIS ALBARAN-LEON,<br><br>  Defendant. | Case No.: 07CR2563-GT<br><br>ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from Monday, January 28, 2008, at 9:00 a.m., to Friday, February 22, 2008, at 9:00 a.m.

Dated: 1-29-08

HONORABLE GORDON THOMPSON, JR.
United States Magistrate Judge

07CR2563-GT